## MOTION DOCKET

**90–2524.** State v. Davis. *Butler County,* No. CA89–09–123. On motion to set execution date. Motion granted.

**91–2200.** Eastwood Mall, Inc. v. Slanco. *Trumbull County,* No. 90–T–4433. On motion for leave to file *amicus* of International Council of Shopping Centers, Inc. et al. Motion granted. MOYER, C.J., and WRIGHT, J., not participating.

**92–30.** Belvedere Condominium Owners Assn. v. R.E. Roark Cos., Inc. *Hamilton County,* No. C–900581. On motion for leave to appear *pro hac vice.* Motion granted.

**92–823.** Gallimore v. Children's Hosp. Med. Ctr. *Hamilton County,* Nos. C–890808 and C–890824. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted. MOYER, C.J., dissents because the motion is out of rule. RESNICK, J., not participating.

**92–1102.** Pleasant City v. Ohio Div. of Reclamation. *Guernsey County,* No. 91–CA–09. On motion for leave to file *amicus* of Sierra Club et al. Motion granted.